RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

## UNSWORN DECLARATION BY INMATE

I, _Adam Ayala_, SID _879745_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 24th day of _February_, 2015.

_____
Defendant

To: The court of criminal Appeals          2·24·15
P.O. Box #12308
capitol station
Austin, Texas 78711
            RE: COA No. 04-13-00705-CR, TR.C.T. NO.-
          -2013 CR 1053, P.D-1259-14

            Let this serve as Notice.
To: The Honorable court of Criminal Appeals of Texas:
    On the 23rd day of January 2015, I Adam Ayala
the said Appellant recieved a post card from your office
which states "The PRO-SE petition for discretionary
review has been "refused". I am PRO-SE and not rep-
-ersented by any Legal aid.
    Therefore I said Appellant am intitled and need
for your Honorable court to produce and find on what
ground of facts has my PRO-SE petition been "REFUSED"
also need a copy or my motion which was "REFUSED"
on the 14th day of January, 2015.
    I understand "PDR-cannot be used to raise
any new issue's, It is limited to the issue's raised in
the court of Appeals". Including the 11.07 format
petition should only be submitted after exhasting all
other resources, which I have done without addressing
any other facts, nor Testimony then what was oppositely
addressed then requested to by Mr. Alex J. Schaffer
Appeal Attorney from campion and campion Law firm.
    I'd like to take this time to Thank your Honorable court
and wait to hear from your courts soon.
                        Respectfully Requested,

LINDA GARZA
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-04-2016

Adam Ayala #879745
200 N. comal San Antonio, Texas 78207
page 1 of 1
2-24-2015